KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DAVID W. SWIFT (SBN 235033)
 dswift@kwikalaw.com
GREGORY P. KORN (SBN 205306)
 gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Alexander Band

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER BAND, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON KAMIN, an individual,<br><br>　　　　　Defendant. | Case No. 2:13-cv-08075-SVW<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>JS-6 |

10852.00002/203697.1 2/26/2014

[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

1   The Court has reviewed the stipulation submitted regarding the parties intent
2   to dismiss the case without prejudice.  Based on the information provided in such
3   stipulation, GOOD CAUSE IS SHOWN to issue the following order.
4   Plaintiff's First Amended Complaint is hereby dismissed without prejudice.

6   IT IS SO ORDERED:

8   DATED:  March 6, 2014

_____
Honorable Stephen V. Wilson
District Court Judge

**Kinsella Weitzman Iser Kump & Aldisert LLP**
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

10852.00002/203697.1 2/26/2014

1

[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE